ACCEPTED
12-15-00287
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/3/2015 1:38:59 PM
Pam Estes
CLERK

## CAUSE NO. 12-15-00287-CV

<table>
<tr><td>

**IN THE
COURT OF APPEALS
TWELFTH COURT OF APPEALS
TYLER, TEXAS**

</td><td>

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/3/2015 1:38:59 PM
PAM ESTES
Clerk

</td></tr>
</table>

**HEALTH CARE SERVICE CORPORATION, AN UNINCORPORATED DIVISION OF WHICH IS BLUE CROSS AND BLUE SHIELD OF TEXAS,**
**Appellant,**

**VS.**

**EAST TEXAS MEDICAL CENTER,**
**Appellee**

On Appeal from the
241st Judicial District Court of
Smith County, Texas
The Honorable Jack Skeen, Presiding Judge

### NOTICE OF APPEARANCE OF LEAD COUNSEL

**TO THE HONORABLE TWELFTH COURT OF APPEALS:**

East Texas Medical Center, appellee, files this notice of appearance of lead counsel to advise the court and opposing counsel that Deborah Race, State Bar Card No. 16448700, Ireland, Carroll & Kelley, P.C., 6101 South Broadway Avenue, Suite 500, Tyler, Texas 75711, (903) 561-1600, (903) 581-1071 (facsimile), drace@icklaw.com (e-mail), is appearing as lead counsel for East Texas Medical Center in the above matter.   All other counsel of record will remain on this cause as well.

Date: December 3, 2015                    Respectfully submitted,


                                          BY: /s/ Deborah Race
                                          Deborah Race
                                          State Bar No. 16448700
                                          Otis W. Carroll, Jr.
                                          State Bar No. 03895700
                                          IRELAND, CARROLL & KELLEY, P.C.
                                          6101 S. Broadway, Suite 500
                                          Tyler, Texas 75703
                                          (903) 561-1600
                                          (903) 581-1071 (fax)
                                          drace@icklaw.com


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by facsimile transmission and/or first class mail this 3rd day of December, 2015.


                                          /s/ Deborah Race
                                          Deborah Race